1024

[Nos. 24392-0-II; 25456-5-II.   Division Two.   January 26, 2001.]

*In the Matter of the Marriage of* CARLA THOMASON, *Respondent*, and KENNETH THOMASON, *Appellant*.

Appeals from judgments of the Superior Court for Clark County, No. 98-3-00055-1, James D. Ladley, J., entered January 28, 1999 and December 3, 1999. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, A.C.J., and Seinfeld, J.

[No. 23770-9-II.   Division Two.   January 26, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHNATHON KAINE MONTA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-04388-5, Rudolph J. Tollefson, J., entered September 9, 1998. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan, J., and Wang, J. Pro Tem.

[No. 23460-2-II.   Division Two.   January 26, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. LON P. MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 97-1-00574-2, Karen B. Conoley, J., entered June 22, 1998. *Affirmed in part* and *remanded* by unpublished opinion per Morgan, J., concurred in by Bridgewater, J., and Wang, J. Pro Tem.

[No. 25090-0-II.   Division Two.   January 26, 2001.]

TECHNICAL EMPLOYEES ASSOCIATION, *Respondent*, v. PUBLIC EMPLOYMENT RELATIONS COMMISSION, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Thurston County, No. 98-2-02447-7, Gary Tabor, J., entered August 27, 1999. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Hunt, A.C.J., and Houghton, J. Now published at 105 Wn. App. 434.